UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-00866 JAK (ADSx) | Date | April 7, 2025 |
|---|---|---|---|
| Title | Jane Roe MM 22 v. Doe 1 et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Tiffany Fisher- remote |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sarah Meier | Rick Richmond |
| | Clifton Ford, Jr. |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA STATE COURT (DKT. 15)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand Case to California State Court (the "Motion" (Dkt. 15)). Counsel address the Court. Counsel state that a global mediation on the matter is scheduled to occur on or around April 11, 2025. On or before April 17, 2025, counsel shall file a joint report with respect to the procedural status of the the global mediation as applied to this case. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be deferred pending the submission of the joint report to be filed on April 17, 2025.

**IT IS SO ORDERED.**

|  | : | 23 |
|---|---|---|
| Initials of Preparer | DT | |