1  Michael W. Carney, (SBN 24154)
   Lauren A. Welling, (SBN (291813)
2  Sarah Kissel Meier, (SBN 305315)
   **SLATER SLATER SCHULMAN LLP**
3  8383 Wilshire Boulevard, Suite 255
   Beverly Hills, California 90211
4  Telephone:(310) 341-2086
   Facsimile: (310) 773-5573
5
   Attorneys for Plaintiff
6  JANE ROE MM 22

7  Rick Richmond (SBN 194962)
   *rrichmond@larsonllp.com*
8  Andrew E Calderón (SBN 316673)
   *acalderon@larsonllp.com*
9  Clinton A. Ford Jr. (SBN 336613)
   *cford@larsonllp.com*
10 **LARSON LLP**
   555 South Flower Street, 30th Floor
11 Los Angeles, California 90071
   Telephone:(213) 436-4888
12 Facsimile: (213) 623-2000

13 Attorneys for Defendants DOE 1, DOE 2, DOE 3, and DOE 4

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE MM 22,<br><br>          Plaintiff,<br><br>     vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE and DOES 4 to 100, Inclusive,<br><br>          Defendants. | Case No. 2:25-cv-00866-JAK (ADSx)<br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Autumn D. Spaeth<br><br>**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT** |

LARSON
LOS ANGELES

JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT

1  Plaintiff Jane Roe MM 22 and Defendants Doe 1, Doe 2, Doe 3, and Doe 4,
2  by and through their respective attorneys of record, hereby jointly stipulate and
3  request that the proceedings be stayed until July 28, 2025.
4  WHEREAS, on April 10, 2025, parties conducted private mediation with
5  Tagore Subramaniam of Momentum ADR.  The mediation was attended by
6  representatives of all parties.  The parties reached a settlement in principle;
7  WHEREAS, the proposed settlement includes global resolution of over one
8  hundred other claims;
9  WHEREAS, the Parties require further time to discuss and finalize terms of
10 the global settlement;
11 WHEREAS, the Parties will require further time to meet the terms of the
12 settlement agreement;
13 WHEREAS, a stay is necessary to allow the Parties to continue engaging in
14 good faith settlement negotiations to finalize a settlement agreement;
15 THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties,
16 through their respective counsel of record and subject to Court approval, that all
17 proceedings be stayed until July 28, 2025.

Dated: April 17, 2025          SLATER SLATER SCHULMAN LLP

By:    */s/ Laure A. Welling*
      Michael W. Carney
      Lauren A. Welling
      Sarah Kissel Meier

Attorneys for Plaintiff JANE ROE MM 22

Dated: April 17, 2025          LARSON LLP

By:    */s/ Rick Richmond*[1]
      Rick Richmond
      Andrew E. Calderón
      Clinton A. Ford Jr.

Attorneys for Defendants DOE 1, DOE 2, DOE 3, and DOE 4

---

[1] Under L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.