UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE MM 22,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE and DOES 4 to 100, Inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00866-JAK (ADSx)<br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Autumn D. Spaeth<br><br>**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS PENDING SETTLEMENT** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to the stipulation of the parties, all proceedings are hereby **STAYED** until July 28, 2025.

**IT IS SO ORDERED.**

DATED: April 17, 2025

---

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE