# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE MM 22,<br><br>      Plaintiff,<br><br>v.<br><br>DOE 1, et al.,<br><br>      Defendants. | No. 2:25-cv-00866-JAK (ADSx)<br><br>**ORDER RE JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT (DKT. 32)**<br><br>**JS-6: CASE STAYED** |

1

1  Based on a review of the Joint Stipulation and Request to Stay Proceedings
2  Pending Settlement (the "Stipulation" (Dkt. 32)), sufficient good cause has been shown
3  for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:
4  All proceedings in the matter are stayed until July 28, 2025. An Order to Show
5  Cause re Dismissal ("OSC") is scheduled for August 25, 2025. If by August 15, 2025, a
6  request for dismissal has been filed, the OSC will be discharged, and the hearing will be
7  taken off calendar. If a request for dismissal has not been filed by that date, the parties
8  shall file by that date a joint report regarding the procedural status of settlement,
9  including their collective and/or respective positions on the status of the stay in this
10 action and/or whether a request for dismissal is anticipated and, if so, by what date.
11 Based on a review of that joint report, a determination will be made whether to continue
12 the OSC hearing, or proceed with it as scheduled.

**IT IS SO ORDERED.**

Dated: APRI 18, 2025

_____
John A. Kronstadt
United States District Judge