Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
Michael W. Carney, State Bar No. 241564
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail: lwelling@sssfirm.com
        skmeier@sssfirm.com
        mcarney@sssfirm.com

*Attorneys for Plaintiff Jane Roe MM 22*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE MM 22,<br><br>              Plaintiff,<br><br>     vs.<br><br>DOE 1, CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE and DOES 4 to 100 Inclusive,<br><br>              Defendants. | Case No. 2:25-cv-00866-JAK (ADSx)<br><br>Assigned to: Judge John A. Kronstadt<br>Referred to: Magistrate Judge Autumn D. Spaeth<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT PROCEEDINGS** |

JOINT REQUEST TO EXTEND STAY FOR PURPOSES OF FINALIZING SETTLEMENT

1  Plaintiff Jane Roe MM 22 and Defendants Doe 1, Doe 2, and Doe 3 submit the following
2  Joint Report Regarding Settlement Proceedings pursuant to the Court's April 18, 2025 Order. Dkt.
3  No. 33.
4  On April 10, 2025, the parties attended a private mediation with Tagore Subramaniam of
5  Momentum ADR. The parties reached a settlement in principle.
6  On June 6, 2025, Plaintiff Jane Roe MM 22 signed a Settlement Agreement with
7  Defendants Doe 1, Doe 2, and Doe 3. Plaintiff was notified on July 8, 2025 by Defendants that
8  there was an administrative error in the signed settlement agreement. The parties are actively
9  working together to resolve the error.
10  The Parties hereby request that the matter remain stayed for an additional sixty days to
11  September 26, 2025 so that the settlement can be finalized.
12  The Parties intend to submit a Joint Stipulation for Dismissal pursuant to Federal Rules of
13  Civil Procedure 41(a) by September 26, 2025.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 || Fax: (310) 773-5573

1
JOINT REQUEST TO EXTEND STAY FOR PURPOSES OF FINALIZING SETTLEMENT

Dated: July 28, 2025                                    SLATER SLATER SCHULMAN LLP

By: /s/ *Lauren A. Welling*
Lauren A. Welling[1]
Sarah Kissel Meier
Michael W. Carney
Attorneys for Plaintiff Jane Roe MM 22

Dated: July 28, 2025                                    LARSON LLP

By: /s/ *Rick Richmond*
Rick Richmond
Andrew E. Calderón
Jina Yoon
Attorneys for Defendants DOE 1, DOE 2, DOE 3

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

JOINT REQUEST TO EXTEND STAY FOR PURPOSES OF FINALIZING SETTLEMENT

# PROOF OF SERVICE

*JANE ROE MM 22, VS DOE 1, ET AL.*
2:25-cv-00866-JAK (ADSx)

## IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is business address is 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA 90211.

On July 28, 2025 I served true copies of the following document(s) described as **JOINT STATUS REPORT REGARDING SETTLEMENT PROCEEDINGS** on the interested parties in this action as follows:

Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Andrew E. Calderón (SBN 316673)
acalderon@larsonllp.com
LARSON LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888

Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints, Temple Corporation of The Church of Jesus Christ of Latter-day Saints

**[X] THROUGH CM/ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2025 at Los Angeles, California.

/s/ Dayana Muir
Dayana Muir
*Paralegal*
